**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA MARIA ROACH and GERRY LEE RICHARDSON JR., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 1:26-cv-01354 KES FJS <br><br> ORDER REMANDING THE ACTION TO TULARE COUNTY SUPERIOR COURT BASED UPON STIPULATION OF PARTIES <br><br> ORDER TERMINATING PENDING MOTION AS MOOT <br><br> Docs. 8, 12 |

Yolanda Maria Roach and Gerry Lee Richardson Jr. initiated this action by filing a complaint in Tulare County Superior Court, Case No. VCU327173. Doc. 1-1 at 6. General Motors LLC removed the action, asserting this court has diversity jurisdiction. Doc. 1 at 3-5. Plaintiffs moved to remand, asserting removal was procedurally and substantively improper. Doc. 8. The parties now stipulate the matter should be remanded to the state court. Doc. 12 at 2. Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    The matter is **REMANDED** to the Tulare County Superior Court.

    2.    Plaintiff's motion to remand (Doc. 8) is terminated as **MOOT**.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   __April 24, 2026__                    _____

                                             UNITED STATES DISTRICT JUDGE

1